**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200 (telephone)
Richard F. Harrison, Esq.
Eric G. Waxman III, Esq.
*Attorneys for Mario Dell'Anno*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| PETER MOLINARI, | Chapter 13 |
| Debtor. | Case No.: 13-11013 (SHL) |
| MARIO DELL'ANNO, | |
| Plaintiff, | Adv. Proc. No.: 13-01371 (SHL) |
| -against- | |
| PETER MOLINARI, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure; Rule 41(a)(1) of the Federal Rules of Civil Procedure; and the Order entered on September 9, 2013, which, among other things, dismissed the captioned Chapter 13 case (ECF Doc 31), the Plaintiff hereby dismisses the captioned adversary proceeding without prejudice and without costs.

Dated: Uniondale, New York
September 10, 2013

**WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP**

By: */s/Richard F. Harrison*
Richard F. Harrison, Esq. (RH 8236)
Eric G. Waxman III, Esq.
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
rharrison@westermanllp.com
*Attorneys for Plaintiff, Mario Dell'Anno*

882506